| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Eden Home, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Studiosix5<br>811 Barton Springs Rd., #800<br>Austin, TX 78704 | | Trade debt | | | | $182,119.44 |
| Rehabcare, Inc.<br>680 S. Fourth St.<br>Louisville, KY 40202 | | Medical Services | | | | $164,068.10 |
| Morrison Management Specialists<br>5801 Peachtree Dunwoody Rd.<br>Atlanta, GA 30342 | | Trade debt | | | | $139,585.31 |
| McKession Medical-Surgical<br>P.O. Box 630693<br>Cincinnati, OH 45263-0693 | | Trade debt | | | | $17,171.26 |
| Invictus HealthCare Solutions<br>P.O. Box 312491<br>New Braunfels, TX 78131 | | Trade debt | | | | $15,666.00 |
| Hilltop Pharmacy<br>631 Lakeview Blvd.<br>New Braunfels, TX 78130 | | Trade debt | | | | $11,765.81 |
| Council for Health & Human Services<br>700 Prospect Ave.<br>Cleveland, OH 44115 | | | | | | $9,864.00 |
| Digital Media, LLC<br>782 Clinton Ave.<br>Bridgeport, CT 06604 | | Trade debt | | | | $8,882.03 |

| Debtor | Eden Home, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DME Synergistic Systems**<br>**16302 Pleasantville Rd., #209**<br>**San Antonio, TX 78233** | | **Trade debt** | | | | $8,298.75 |
| **Leading Age of Texas**<br>**2205 Hancock Dr.**<br>**Austin, TX 78756** | | **Trade debt** | | | | $7,562.98 |
| **NeighborCare Pharmacy Services, Inc.**<br>**d/b/a Omnicare San Antonio**<br>**12460 Network, #101**<br>**San Antonio, TX 78249** | | **Trade debt** | | | | $7,147.86 |
| **Bestcare Laboratory Service, Inc.**<br>**202 North Texas Ave., #100**<br>**Webster, TX 77598** | | **Trade debt** | | | | $6,203.03 |
| **International Bronze Plaque Co.**<br>**17031 Alico Commerce Ct., #3**<br>**Fort Myers, FL 33967** | | **Trade debt** | | | | $6,054.50 |
| **GK Dental, PA**<br>**7612 W. Highway 71, Suite B**<br>**Austin, TX 78735** | | **Trade debt** | | | | $3,833.06 |
| **Cure Healthcare Staffing**<br>**7000 North Mopac, #2101**<br>**San Antonio, TX 78231** | | **Trade debt** | | | | $3,661.16 |
| **Lowe's Business Account**<br>**P.O. Box 530970**<br>**Atlanta, GA 30353-0970** | | **Trade debt** | | | | $3,469.37 |
| **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** | | **Credit card purchases** | | | | $3,308.76 |
| **Matera Paper Co., Inc.**<br>**835 North W.W. White Rd.**<br>**San Antonio, TX 78219** | | **Trade debt** | | | | $3,239.15 |

| Debtor | Eden Home, Inc. | | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Texas Chiller Systems**<br>**9807 McCullough Ave.**<br>**San Antonio, TX 78216** | | **Trade debt** | | | | **$3,085.00** |
| **Mark A. Burns, M.D.**<br>**189 E. Austin, #105**<br>**New Braunfels, TX 78130** | | **Medical Services** | | | | **$3,000.00** |