IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | **CHAPTER 11 CASE** |
| **EDEN HOME, INC.** | § | **CASE    NO.    18-50608-cag-11** |
| **Debtor.** | § | |
| | § | |

## NOTICE OF FINAL HEARING

**PLEASE BE ADVISED** that the final hearing on *Emergency Motion for Interim and Final Orders (I) Authorizing the Debtor to Use Cash Collateral, (II) Granting Adequate Protection (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [D.I 16];* will take place on **Wednesday, April 4, 2018 at 10:00 a.m**., before the **Honorable Craig A. Gargotta, Courtroom 505, U.S. Bankruptcy Judge, at Hipolito F. Garcia Federal Building and United States Courthouse, 615 East Houston Street, San Antonio, Texas  78205**.  A copy of the *Interim Order (I) Authorizing the Debtor to Use Cash Collateral, (II) Granting Adequate Protection (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [D.I. 51],* entered by the Court on March 27, 2018, is attached hereto as Exhibit A.

Any party desiring to object to the relief sought in the Motion on a final basis shall file a written objection with the Court on or before **March 30, 2018 at 4:00 p.m. local time** and shall contemporaneously serve that objection on all parties for whom notice of the Motion is required by Federal Rule of Bankruptcy Procedure 4001(a)(1), **and** on all parties to the Construction Lawsuit, so as to be received by such parties on or before such date.  **Objections not received by 4:00 p.m. on March 30, 2018 may not be considered by the Court.**

**OF THIS NOTICE TAKE DUE REGARD.**

Dated:  March 28, 2018

Respectfully submitted,

**DYKEMA COX SMITH**
1717 Main Street, Suite 4200
Dallas, TX  75201
Phone: (214) 462-6400
Fax: (214) 462-6401

By: /s/ *Mark E. Andrews*
Mark E. Andrews (TX Bar No. 01253520)
mandrews@dykema.com
Aaron M. Kaufman (TX Bar No. 24060067)
akaufman@dykema.com
Andrew Sherwood (TX Bar No. 24033061)
asherwood@dykema.com
Jesse T. Moore (TX Bar No. 24056001)
jmoore@dykema.com

**PROPOSED COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing document was filed with the Bankruptcy Court via CM/ECF on March 28, 2018, and served on all parties listed on the attached limited service list, including the United States Trustee, pursuant to Bankruptcy Rule 9034(f).

*/s/ Mark E. Andrews*
Mark E. Andrews