IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In re:<br>**EDEN HOME, INC.**<br>Debtor. | **CHAPTER 11 CASE**<br>**CASE NO. 18-50608-cag-11** |

## NOTICE OF FINAL HEARING

**PLEASE BE ADVISED** that the final hearing on *Emergency Motion for Interim and Final Orders (I) Authorizing the Debtor to Use Cash Collateral; (II) Granting Adequate Protection; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* [D.I. 16] will take place on **Monday April 23, 2018 at 10:00 a.m**., before the **Honorable Craig A. Gargotta, Courtroom 505, U.S. Bankruptcy Judge, at Hipolito F. Garcia Federal Building and United States Courthouse, 615 East Houston Street, San Antonio, Texas 78205**.

Any party desiring to object to the relief sought in the Motion on a final basis shall file a written objection with the Court on or before **April 18, 2018 at 4:00 p.m. local time** and shall contemporaneously serve that objection on all parties for whom notice of the Motion is required by Federal Rule of Bankruptcy Procedure 4001(a)(1), so as to be received by such parties on or before such date. **Objections not received by 4:00 p.m. on April 18, 2018 may not be considered by the Court.**

**OF THIS NOTICE TAKE DUE REGARD.**

Dated: April 10, 2018  Respectfully submitted,

**DYKEMA COX SMITH**
1717 Main Street, Suite 4200
Dallas, TX 75201
Phone: (214) 462-6400
Fax: (214) 462-6401

By: /s/ *Mark E. Andrews*
Mark E. Andrews (TX Bar No. 01253520)
mandrews@dykema.com
Aaron M. Kaufman (TX Bar No. 24060067)
akaufman@dykema.com
Andrew Sherwood (TX Bar No. 24033061)
asherwood@dykema.com
Jesse T. Moore (TX Bar No. 24056001
jmoore@dykema.com

**PROPOSED COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**

### CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing document was filed with the Bankruptcy Court via CM/ECF on April 10, 2018, and served on all parties listed on the attached limited service list, including the United States Trustee, pursuant to Bankruptcy Rule 9034(f).

*/s/ Mark E. Andrews*
Mark E. Andrews