**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re:<br>**EDEN HOME, INC.**<br>**Debtor.** | § § § § § | **CHAPTER 11 CASE**<br>**CASE NO. 18-50608-cag-11** |

### Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statement

The Schedules of Assets and Liabilities (the "Schedules") and the Statement of Financial Affairs (the "Statement" and collectively with the Schedules, the "Schedules and Statement") of Eden Home, Inc., dba EdenHill Communities, (the "Debtor"), as debtor and debtor-in-possession, in this Chapter 11 case, have been prepared pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtor. Such preparation has been completed with the assistance of counsel, and without auditing such financial information.

While management has made reasonable efforts to ensure that the Schedules and Statement are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statement, and inadvertent errors or omissions may exist. Moreover, because the Schedules and Statement contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statement are complete. Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of rights with respect to this Chapter 11 case and specifically with respect to any issues involving equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the bankruptcy code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statement (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statement, and should be referred to and reviewed in connection with any review of the Schedules and Statement.

### Description of Cases and Information Dates

On March 16, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (as amended, the "Bankruptcy Code"). The Debtor remains in possession of its property and is managing its business as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy code. No trustee has been appointed and no official committee has been established in this case. The information provided herein, except as otherwise noted, generally represents the asset and liability data of the Debtor as of the Petition Date.

## Amendment

While reasonable efforts were made to file complete and accurate Schedules and Statement, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and/or supplement its Schedules and Statement as is necessary and appropriate.

## Causes of Action

The Debtor, despite efforts, may not have set forth all of its causes of action against third parties as assets in its Schedules and Statement. The Debtor reserves all of its rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such causes of action.

## Claims Description

By failing to designate a claim on the Schedules and Statement as "disputed," "contingent," and/or "unliquidated," the Debtor indicates no intentions for such claim to be allowed and paid pursuant to the proposed plan. The Debtor reserves the right to amend the Schedules or object to any scheduled claims if it discovers reasons to dispute any claims.1 Moreover, these Schedules shall not be construed as an admission by the Debtor in the event that a creditor files a proof of claim. The Debtor expressly reserve the right to object to any filed claims.

## Contracts and Leases

Schedule G of the Debtor's Schedules includes all known contracts and/or leases with the Debtor. The inclusion of the agreements in Schedule G is made without a determination by the Debtor of the extent to which such agreements are binding, enforceable or constitute an "executory contract" or an "unexpired lease" as such terms are used in section 365 of the Bankruptcy Code. The inclusion of an agreement on the Debtor's Schedules is made out of an abundance of caution and to ensure notice of these bankruptcy cases to such counterparties.

## Basis of Presentation

These Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principals.

## Current Market Value of Assets

It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations of all of its assets. Accordingly, unless otherwise indicated, the book values are reflected on the Debtor's Schedules and Statement for assets. For this reason, the amount ultimately realized from assets may vary from book value and such variance may be material. Exceptions to this include operating cash and certain other assets. Account balances are presented as the book balances as of February 28, 2018 (the month-end prior to the Petition Date) and March 16, 2018 (Petition Date), as available to the Debtor. Fixed assets are presented as of December 31, 2017.

## Excluded Assets and Liabilities

---

1 If it becomes necessary to amend the Schedules for such purposes, the Debtor will agree to an extension of the claims bar date for the affected creditors. Presently, the Court has designated July 23, 2018, as the general claims bar date for non-government agency creditors.

The Debtor has excluded certain categories of assets and liabilities from the Schedules and Statement such as any good will, employee benefit accruals, and deferred assets, losses and gains. Other nonmaterial assets and liabilities may also have been excluded.

## General Reservation of Rights

The Debtor specifically reserves the rights to amend, modify, supply, correct, change or alter any part of its Schedules and Statement as and to the extent necessary and appropriate.

☐ Check if this is an amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,397,800.00** |
   | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$18,587,014.00** |
   | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$17,965,837.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | **Interest and dividend income** | **$52,322.00** |
   | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | **Interest and dividend income** | **$1,114,544.00** |
   | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | **Interest and dividend income** | **$866,998.00** |

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See Schedule 3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See Schedule 30** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **J.E. Dunn Construction Company v. Eden Home, Inc., et al.**<br>**C2015-0183D** | **Breach of Contract** | **433rd District Court, Comal County, Texa** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. Dagmar Garza v. Eden Home, Inc.<br>C2017-0368D | Worker's Compensation Claim | 433rd District Court, Comal County, TExa | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Alzheimer Association<br>10223 McAllister Frwy., #100<br>San Antonio, TX 78216 | sponsorship for fundraiser | April 7, 2017 | $2,500.00 |
| Recipients relationship to debtor | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| Losses related to construction defects and delays in construction and availablity of occupancy. Current litigation is pending with J.E. Dunn Construction and Zurich American Insurance Company to recover losses. | $724,087.22 - received 12/22/2017 | | Unknown |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dykema Gossett PLLC**<br>**Comerica Bank Tower**<br>**1717 Main Street Suite 4200**<br>**Dallas, TX 75201** | **Attorney Fees** | **3/20/2017** | **$6,798.50** |
| | **Email or website address**<br>**mandrews@dykema.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Dykema Gossett PLLC**<br>**Comerica Bank Tower**<br>**1717 Main Street Suite 4200**<br>**Dallas, TX 75201** | **Attorney Fees** | **5/22/2017** | **$6,470.00** |
| | **Email or website address**<br>**mandrews@dykema.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Dykema Gossett PLLC**<br>**Comerica Bank Tower**<br>**1717 Main Street Suite 4200**<br>**Dallas, TX 75201** | **Attorney Fees** | **5/30/2017** | **$30,884.69** |
| | **Email or website address**<br>**mandrews@dykema.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | **Dykema Gossett PLLC**<br>**Comerica Bank Tower**<br>**1717 Main Street Suite 4200**<br>**Dallas, TX 75201** | **Attorney Fees** | **6/26/2017** | **$24,128.70** |
| | **Email or website address**<br>**mandrews@dykema.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.5. | **Dykema Gossett PLLC**<br>**Comerica Bank Tower**<br>**1717 Main Street Suite 4200**<br>**Dallas, TX 75201** | **Attorney Fees** | **7/31/2017** | **$23,908.84** |
| | **Email or website address**<br>**mandrews@dykema.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

|  | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.6. | **Dykema Gossett PLLC Comerica Bank Tower 1717 Main Street Suite 4200 Dallas, TX 75201** | **Attorney Fees** | **8/28/2017** | **$45,887.94** |
|  | **Email or website address mandrews@dykema.com** |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |
| 11.7. | **Dykema Gossett PLLC Comerica Bank Tower 1717 Main Street Suite 4200 Dallas, TX 75201** | **Attorney Fees** | **9/25/2017** | **$18,399.89** |
|  | **Email or website address mandrews@dykema.com** |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |
| 11.8. | **Dykema Gossett PLLC Comerica Bank Tower 1717 Main Street Suite 4200 Dallas, TX 75201** | **Attorney Fees** | **10/16/2017** | **$31,947.10** |
|  | **Email or website address mandrews@dykema.com** |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |
| 11.9. | **Dykema Gossett PLLC Comerica Bank Tower 1717 Main Street Suite 4200 Dallas, TX 75201** | **Attorney Fees** | **12/18/2017** | **$16,983.00** |
|  | **Email or website address mandrews@dykema.com** |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |
| 11.10. | **Dykema Gossett PLLC Comerica Bank Tower 1717 Main Street Suite 4200 Dallas, TX 75201** | **Attorney Fees** | **12/29/2017** | **$40,000.00** |
|  | **Email or website address mandrews@dykema.com** |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.11. **Dykema Gossett PLLC**<br>**Comerica Bank Tower**<br>**1717 Main Street Suite 4200**<br>**Dallas, TX 75201** | **Attorney Fees** | **2/5/2018** | **$17,210.91** |
| **Email or website address**<br>**mandrews@dykema.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.12. **Dykema Gossett PLLC**<br>**Comerica Bank Tower**<br>**1717 Main Street Suite 4200**<br>**Dallas, TX 75201** | **Attorney Fees** | **2/16/2018** | **$21,216.50** |
| **Email or website address**<br>**mandrews@dykema.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.13. **Dykema Gossett PLLC**<br>**Comerica Bank Tower**<br>**1717 Main Street Suite 4200**<br>**Dallas, TX 75201** | **Attorney Fees** | **2/23/2018** | **$22,061.07** |
| **Email or website address**<br>**mandrews@dykema.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.14. **Dykema Gossett PLLC**<br>**Comerica Bank Tower**<br>**1717 Main Street Suite 4200**<br>**Dallas, TX 75201** | **Attorney Fees** | **3/9/2018** | **$136,361.16** |
| **Email or website address**<br>**mandrews@dykema.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐   No. Go to Part 9.

■   Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **EdenHill Communities 631 Lakeview Blvd. New Braunfels, TX 78130** | **Skilled Nursing Facility** | **143** |
| | | **Location where patient records are maintained** *(if different from facility address). If electronic, identify any service provider.* <br>**onsite for current patients** | **How are records kept?** <br><br>*Check all that apply:* <br><br>■ Electronically <br>■ Paper |
| 15.2. | **EdenHill Communities 631 Lakeview Blvd. New Braunfels, TX 78130** | **Assisted Living Facility** | **60** |
| | | **Location where patient records are maintained** *(if different from facility address). If electronic, identify any service provider.* <br>**onsite for current patients** | **How are records kept?** <br><br>*Check all that apply:* <br><br>☐ Electronically <br>■ Paper |
| 15.3. | **EdenHill Communities - Village 631 Lakeview Blvd. New Braunfels, TX 78130** | **Independent Living Faciltiy** | **48** |
| | | **Location where patient records are maintained** *(if different from facility address). If electronic, identify any service provider.* <br>**no medical records maintained for residents** | **How are records kept?** <br><br>*Check all that apply:* <br><br>☐ Electronically <br>■ Paper |
| 15.4. | **EdenHill Communities - Pinnacle 631 Lakeview Blvd. New Braunfels, TX 78130** | **Independent Living Facility** | **119** |
| | | **Location where patient records are maintained** *(if different from facility address). If electronic, identify any service provider.* <br>**no medical records maintained for residents** | **How are records kept?** <br><br>*Check all that apply:* <br><br>☐ Electronically |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | ■ Paper |

---

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐  No.

   ■  Yes. State the nature of the information collected and retained.

      **Social Security Numbers, Medicare and Medicaid ID numbers, Medical and clinical information, bank account numbers, credit card numbers, dates of birth, and dates of death**

      Does the debtor have a privacy policy about that information?
      ☐ No
      ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐  No. Go to Part 10.

   ■  Yes. Does the debtor serve as plan administrator?

        ■ No Go to Part 10.
        ☐ Yes. Fill in below:

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **TexStar**<br>**555 IH 35, #100**<br>**New Braunfels, TX 78130** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Nov., 2016** | **$0.00** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Southwest Installation Services, LLC**<br>**4101 Smith School Rd.**<br>**Austin, TX 78744** | | **furniture** | ☐ No<br>■ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☐   No.
    ■   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Texas Commission on Environmental Quality** | | **The Texas Commission on Environmental Quality (TCEQ) notified Eden Home, Inc. on March 12, 2018 that it was in violation of 30 TAC 213.4(a)(1) Failure to submit a modification of an approved above storage tank facility plan.   There has not been an actual modification since the previous TCEQ site visit. Eden Home is in communication with the TCEQ to clarify the issue being cited.   If a plan of correction is required, Eden Home, Inc. will promptly submit such and bring the issue in compliance,** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

---

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Linda Shields**<br>**631 Lakeview Blvd.**<br>**New Braunfels, TX 78130** | **March 16, 2016 to**<br>**present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Ken Ward**<br>**R.C. Reed and Co.**<br>**352 Landa St.**<br>**New Braunfels, TX 78130** | **March 16, 2016 to**<br>**present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Linda Shields**<br>**631 Lakeview Blvd.**<br>**New Braunfels, TX 78130** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| Name and address |
| --- |

| 26d.1. | **Prosperity Bank**<br>**Attn: Linc Lutrick**<br>**1301 N. Mechanic St.**<br>**El Campo, TX 77437** |
| --- | --- |

| 26d.2. | **Electronic Municipal Markey Access**<br>**https://emma.msrb.org** |
| --- | --- |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Paul E. Neilson | 408 Elmwood Dr.<br>New Braunfels, TX 78130 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Charles E. Zech | 443 E. Tanglewood<br>New Braunfels, TX 78130 | First Vice President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Rev. Sonja M. Phillips | 2555 Friedens Church<br>Seguin, TX 78155-2525 | Second Vice President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Linda F. Lange | 631 Lakeview Blvd., B407<br>New Braunfels, TX 78130 | Treasurer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Ben P. Wehman | 2842 Morning Star<br>New Braunfels, TX 78132 | Secretary | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Warren A. Albrecht | 8 Sunset Bend<br>New Braunfels, TX 78132 | Member - Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Hon. Bruce Boyer | 102 Castlewood<br>New Braunfels, TX 78130 | Member - Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Rusty Brockman | 1246 Clearwater<br>New Braunfels, TX 78130 | Member - Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Annabel S. Fey | 20480 Hwy. 46<br>Spring Branch, TX 78070 | Member - Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Marcia B. McGlothlin | 260 Lakeview Blvd.<br>New Braunfels, TX 78130 | Member - Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Cindy G. Williams | 459 Hunters Creek<br>New Braunfels, TX 78132 | Member - Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Rev. Dr. Don Longbottom | Conference Minister<br>South Central Conference<br>105 Roble Roja<br>Georgetown, TX 78633 | Member - Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Laurence Dahl | P.O. Box 311536<br>New Braunfels, TX 78131 | Executive Director and Chief Executive Officer | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **See Schedule 30** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 19, 2018**

**/s/ Laurence P. Dahl**                                **Laurence P. Dahl**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Executive Officer and Executive Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

| | Address | | | Dates of payments | Amount paid |
|---|---|---|---|---|---|
| AIRGAS USA, LLC | P.O. Box 676015 | Dallas | TX  75267-6015 | 12/29/17 | $805.56 |
| AIRGAS USA, LLC | | | | 1/12/18 | $1,196.32 |
| AIRGAS USA, LLC | | | | 1/26/18 | $1,671.18 |
| AIRGAS USA, LLC | | | | 2/9/18 | $1,389.62 |
| AIRGAS USA, LLC | | | | 2/15/18 | $293.98 |
| AIRGAS USA, LLC | | | | 3/1/18 | $239.58 |
| AIRGAS USA, LLC | | | | 3/9/18 | $1,520.54 |
| AIRGAS USA, LLC | | | | 3/14/18 | $293.98 |
| | | | | | $7,410.76 |
| | | | | | |
| AMERICAN EXPRESS | P.O. Box 650448 | Dallas | TX  75265-0448 | 1/5/18 | $675.00 |
| AMERICAN EXPRESS | | | | 2/9/18 | $761.28 |
| AMERICAN EXPRESS | | | | 1/12/18 | $998.17 |
| AMERICAN EXPRESS | | | | 2/15/18 | $721.99 |
| AMERICAN EXPRESS | | | | 3/9/18 | $1,591.82 |
| AMERICAN EXPRESS | | | | 2/2/18 | $2,244.14 |
| AMERICAN EXPRESS | | | | 2/22/18 | $105.35 |
| AMERICAN EXPRESS | | | | 3/9/18 | $127.57 |
| AMERICAN EXPRESS | | | | 1/19/18 | $5,813.67 |
| AMERICAN EXPRESS | | | | 1/26/18 | $200.00 |
| AMERICAN EXPRESS | | | | 2/9/18 | $1,756.82 |
| AMERICAN EXPRESS | | | | 3/9/18 | $3,288.15 |
| AMERICAN EXPRESS | | | | 1/5/18 | $1,495.74 |
| AMERICAN EXPRESS | | | | 1/26/18 | $759.55 |
| AMERICAN EXPRESS | | | | 3/9/18 | $1,167.13 |
| AMERICAN EXPRESS | | | | 1/12/18 | $2,248.64 |
| AMERICAN EXPRESS | | | | 3/13/18 | $3,308.76 |
| AMERICAN EXPRESS | | | | 1/19/18 | $2,958.04 |
| AMERICAN EXPRESS | | | | 2/9/18 | $2,444.73 |
| AMERICAN EXPRESS | | | | 2/15/18 | $1,339.74 |
| AMERICAN EXPRESS | | | | 3/9/18 | $2,517.77 |
| AMERICAN EXPRESS | | | | 1/5/18 | $405.88 |

# Schedule 3

| | Address | | | | Dates of payments | Amount paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS | | | | | 2/2/18 | $186.75 |
| AMERICAN EXPRESS | | | | | 3/9/18 | $385.32 |
| AMERICAN EXPRESS | | | | | 1/26/18 | $299.63 |
| AMERICAN EXPRESS | | | | | 3/9/18 | $49.94 |
| AMERICAN EXPRESS | | | | | 2/9/18 | $51.07 |
| AMERICAN EXPRESS | | | | | 3/9/18 | $1,446.41 |
| | | | | | | $39,349.06 |
| | | | | | | |
| BC TEXTILES,LLC | P.O. Box 1821 | Rockwall | TX | 75087 | 12/29/17 | $1,754.60 |
| BC TEXTILES,LLC | | | | | 1/5/18 | $7,032.96 |
| | | | | | | $8,787.56 |
| | | | | | | |
| BESTCARE LABORATORY SERV., INC | 202 N Texas Ave Ste 100 | Webster | TX | 77598 | 1/12/18 | $5,289.86 |
| BESTCARE LABORATORY SERV., INC | | | | | 2/9/18 | $4,527.85 |
| BESTCARE LABORATORY SERV., INC | | | | | 3/1/18 | $5,746.90 |
| | | | | | | $15,564.61 |
| | | | | | | |
| BLUE CROSS BLUE SHIELD | P.O. Box 731428 | Dallas | Tx | 75373-1428 | 12/22/17 | $69,018.74 |
| BLUE CROSS BLUE SHIELD | | | | | 1/26/18 | $74,859.77 |
| BLUE CROSS BLUE SHIELD | | | | | 2/15/18 | $73,045.81 |
| | | | | | | $216,924.32 |
| | | | | | | |
| Brumit Family Trust dated November 18, 2009 | 29561 Ivy Glenn Drive | Laguna Nigel | CA | 92677 | 2/9/18 | $160,506.00 |
| | | | | | | |
| CENTERPOINT ENERGY | P. O. Box 4981 | Houston | TX | 7210-4981 | 12/22/17 | $6,254.70 |
| CENTERPOINT ENERGY | | | | | 1/19/18 | $7,366.00 |
| CENTERPOINT ENERGY | | | | | 2/15/18 | $5,769.11 |
| CENTERPOINT ENERGY | | | | | 3/14/18 | $5,651.09 |
| | | | | | | $25,040.90 |
| | | | | | | |
| CREATIVE BUS SALES | 14740 Ramona Ave | chino | CA | 91710 | 2/21/18 | $100,456.00 |

| | Address | | | | Dates of payments | Amount paid |
|---|---|---|---|---|---|---|
| CURE HEALTHCARE STAFFING | 7000 North Mopac Ste 2101 | Austin | tx | 78731 | 12/22/17 | $1,633.00 |
| CURE HEALTHCARE STAFFING | | | | | 12/29/17 | $866.25 |
| CURE HEALTHCARE STAFFING | | | | | 1/5/18 | $2,717.14 |
| CURE HEALTHCARE STAFFING | | | | | 1/12/18 | $1,354.50 |
| CURE HEALTHCARE STAFFING | | | | | 1/19/18 | $1,369.51 |
| CURE HEALTHCARE STAFFING | | | | | 1/26/18 | $884.27 |
| CURE HEALTHCARE STAFFING | | | | | 2/9/18 | $1,750.20 |
| CURE HEALTHCARE STAFFING | | | | | 2/15/18 | $1,982.14 |
| CURE HEALTHCARE STAFFING | | | | | 2/22/18 | $1,592.51 |
| CURE HEALTHCARE STAFFING | | | | | 3/1/18 | $7,582.51 |
| CURE HEALTHCARE STAFFING | | | | | 3/9/18 | $1,365.38 |
| CURE HEALTHCARE STAFFING | | | | | 3/14/18 | $2,695.65 |
| | | | | | | $25,793.06 |
| | | | | | | |
| CUSHMAN & WAKEFIELD | One Tampa City Center #3300 | Tampa | FL | 33602 | 12/28/17 | $25,000.00 |
| CUSHMAN & WAKEFIELD | | | | | 2/9/18 | $25,000.00 |
| | | | | | | $50,000.00 |
| | | | | | | |
| DE LAGE LANDEN FINANCIAL SERVICES | P.O. Box 41602 | Philadelphia | PA | 19101-1602 | 1/5/18 | $5,350.00 |
| DE LAGE LANDEN FINANCIAL SERVICES | | | | | 1/26/18 | $5,350.00 |
| DE LAGE LANDEN FINANCIAL SERVICES | | | | | 2/22/18 | $5,350.00 |
| | | | | | | $16,050.00 |
| | | | | | | |
| DIGITAL MEDIA, LLC | 782 Clinton Ave | Bridgeport | CT | 6604 | 1/19/18 | $8,882.03 |
| DIGITAL MEDIA, LLC | | | | | 2/15/18 | $8,882.03 |
| DIGITAL MEDIA, LLC | | | | | 3/13/18 | $8,882.03 |
| | | | | | | $26,646.09 |
| | | | | | | |
| DME SYNERGISTIC SYSTEMS | 16302 Pleasantville Rd #209 | San Antonio | TX | 78233 | 12/22/17 | $2,636.75 |
| DME SYNERGISTIC SYSTEMS | | | | | 12/29/17 | $5,208.50 |
| DME SYNERGISTIC SYSTEMS | | | | | 1/5/18 | $4,011.12 |
| DME SYNERGISTIC SYSTEMS | | | | | 1/12/18 | $2,640.25 |

| | Address | | | | Dates of payments | Amount paid |
|---|---|---|---|---|---|---|
| DME SYNERGISTIC SYSTEMS | | | | | 1/19/18 | $2,606.00 |
| DME SYNERGISTIC SYSTEMS | | | | | 1/26/18 | $1,604.13 |
| DME SYNERGISTIC SYSTEMS | | | | | 2/9/18 | $2,721.51 |
| DME SYNERGISTIC SYSTEMS | | | | | 2/15/18 | $2,176.50 |
| DME SYNERGISTIC SYSTEMS | | | | | 2/22/18 | $2,845.50 |
| DME SYNERGISTIC SYSTEMS | | | | | 3/1/18 | $3,307.50 |
| DME SYNERGISTIC SYSTEMS | | | | | 3/14/18 | $1,768.50 |
| | | | | | | $31,526.26 |
| | | | | | | |
| DYKEMA COX SMITH | | | | | 12/28/17 | $40,000.00 |
| DYKEMA COX SMITH | | | | | 2/2/18 | $17,210.91 |
| DYKEMA COX SMITH | | | | | 2/15/18 | $21,216.50 |
| DYKEMA COX SMITH | | | | | 2/22/18 | $8,422.23 |
| DYKEMA COX SMITH | | | | | 3/9/18 | $150,000.00 |
| | | | | | | $196,849.64 |
| | | | | | | |
| EDEN HOME - 401(k) | 631 Lakeview Blvd | New Braunfels | TX | 78130 | 12/21/17 | $8,885.74 |
| EDEN HOME - 401(k) | | | | | 1/4/18 | $9,334.58 |
| EDEN HOME - 401(k) | | | | | 1/18/18 | $8,997.63 |
| EDEN HOME - 401(k) | | | | | 2/1/18 | $9,290.80 |
| EDEN HOME - 401(k) | | | | | 2/15/18 | $9,262.36 |
| EDEN HOME - 401(k) | | | | | 3/5/18 | $9,085.07 |
| EDEN HOME - 401(k) | | | | | 3/15/18 | $9,265.41 |
| | | | | | | $64,121.59 |
| | | | | | | |
| FROST INSURANCE - SA | 3611 Paesanos Pkwy  Ste 100 | San Antonio | tx | 78231-1256 | 1/24/18 | $5,876.17 |
| FROST INSURANCE - SA | | | | | 2/2/18 | $490.00 |
| FROST INSURANCE - SA | | | | | 3/9/18 | $293.23 |
| | | | | | | $6,659.40 |
| | | | | | | |
| GK DENTAL, PA | 7612 W. Highway 71  Suite B | Austin | TX | 78735 | 12/22/17 | $1,721.00 |
| GK DENTAL, PA | | | | | 2/2/18 | $5,975.00 |

| | Address | | | | Dates of payments | Amount paid |
|---|---|---|---|---|---|---|
| GK DENTAL, PA | | | | | 2/9/18 | $1,755.00 |
| GK DENTAL, PA | | | | | 2/15/18 | $2,678.00 |
| GK DENTAL, PA | | | | | 3/14/18 | $3,760.00 |
| | | | | | | $15,889.00 |
| | | | | | | |
| GUIDO CALDERON, M.D. | P.O. Box 310682 | New Braunfels | TX | 78131 | 1/12/18 | $2,500.00 |
| GUIDO CALDERON, M.D. | | | | | 2/15/18 | $2,500.00 |
| GUIDO CALDERON, M.D. | | | | | 3/13/18 | $2,500.00 |
| | | | | | | $7,500.00 |
| | | | | | | |
| HILLTOP PHARMACY | 631 Lakeview Blvd | New Braunfels | TX | 78130 | 12/18/17 | $4.50 |
| HILLTOP PHARMACY | | | | | 12/22/17 | $22,000.00 |
| HILLTOP PHARMACY | | | | | 1/9/18 | $10,000.00 |
| HILLTOP PHARMACY | | | | | 1/19/18 | $4.50 |
| HILLTOP PHARMACY | | | | | 2/9/18 | $10,000.00 |
| HILLTOP PHARMACY | | | | | 2/22/18 | $15,832.25 |
| HILLTOP PHARMACY | | | | | 3/9/18 | $30,843.03 |
| HILLTOP PHARMACY | | | | | 2/22/18 | $19,018.31 |
| | | | | | | $107,702.59 |
| | | | | | | |
| HOFFMAN FLOORS, INC | 710 Loop 337 | New Braunfels | TX | 78130 | 1/12/18 | $1,025.87 |
| HOFFMAN FLOORS, INC | | | | | 2/2/18 | $4,545.57 |
| HOFFMAN FLOORS, INC | | | | | 2/22/18 | $3,155.07 |
| HOFFMAN FLOORS, INC | | | | | 3/1/18 | $1,430.55 |
| | | | | | | $10,157.06 |
| | | | | | | |
| INVIACOM, INC | 2022 Van Buren Ave. Ste 200 | Indian Trail | NC | 28079 | 2/9/18 | $5,712.00 |
| INVIACOM, INC | | | | | 3/1/18 | $5,712.00 |
| | | | | | | $11,424.00 |
| | | | | | | |
| INVICTUS HEALTHCARE SOLUTIONS,LLC | P.O. Box 312491 | New Braunfels | TX | 78131 | 12/29/17 | $15,775.73 |
| INVICTUS HEALTHCARE SOLUTIONS,LLC | | | | | 2/2/18 | $15,723.75 |

| | Address | | | | Dates of payments | Amount paid |
|---|---|---|---|---|---|---|
| INVICTUS HEALTHCARE SOLUTIONS,LLC | | | | | 2/22/18 | $15,744.89 |
| INVICTUS HEALTHCARE SOLUTIONS,LLC | | | | | 3/13/18 | $15,666.00 |
| | | | | | | $62,910.37 |
| | | | | | | |
| IPFS CORPORATION | P.O. Box 730223 | Dallas | TX | 75373-0223 | 12/22/17 | $22,657.44 |
| IPFS CORPORATION | | | | | 1/12/18 | $6,639.36 |
| IPFS CORPORATION | | | | | 1/19/18 | $22,657.44 |
| IPFS CORPORATION | | | | | 2/2/18 | $6,639.36 |
| IPFS CORPORATION | | | | | 2/9/18 | $3,134.09 |
| IPFS CORPORATION | | | | | 2/22/18 | $3,134.09 |
| IPFS CORPORATION | | | | | 3/9/18 | $6,639.36 |
| | | | | | | $71,501.14 |
| | | | | | | |
| JANET LACY | 8506 Ulysses | Universal City | TX | 78148 | 2/22/18 | $6,539.69 |
| | | | | | | |
| JOYCE SMALLEY DAVIS | 11 Guindola Cr | Hot Springs Village | AR | 71909 | 3/9/18 | $237,413.70 |
| | | | | | | |
| KATHLEEN GRANTHAM | 510 Wiesner Rd | Spring Branch | TX | 78070 | 1/19/18 | $37,992.80 |
| | | | | | | |
| KCI USA | 12930 I-10 West | San Antonio | TX | 78249 | 12/29/17 | $451.94 |
| KCI USA | | | | | 1/12/18 | $2,397.08 |
| KCI USA | | | | | 1/26/18 | $199.54 |
| KCI USA | | | | | 2/9/18 | $1,817.22 |
| KCI USA | | | | | 2/15/18 | $27.59 |
| KCI USA | | | | | 2/22/18 | $1,524.12 |
| KCI USA | | | | | 3/9/18 | $4,574.44 |
| | | | | | | $10,991.93 |
| | | | | | | |
| LEA PARK & PLAY | 1701 N Greeville Ave #508 | Richardson | tx | 78081 | 1/26/18 | $14,036.15 |
| | | | | | | |
| LEADING AGE OF TEXAS | 2205 Hancock Dr | Austin | tx | 78756 | 2/15/18 | $4,611.75 |
| LEADING AGE OF TEXAS | | | | | 2/22/18 | $6,000.00 |

| | Address | | | | Dates of payments | Amount paid |
|---|---|---|---|---|---|---|
| LEADING AGE OF TEXAS | | | | | 3/13/18 | $7,562.98 |
| | | | | | | $18,174.73 |
| | | | | | | |
| LIBBY & LIBBY Rx CONSULTING SERVICES | 207 Elmwood Dr | New Braunfels | Tx | 78130 | 12/29/17 | $850.00 |
| LIBBY & LIBBY Rx CONSULTING SERVICES | | | | | 1/19/18 | $1,700.00 |
| LIBBY & LIBBY Rx CONSULTING SERVICES | | | | | 2/22/18 | $1,445.00 |
| LIBBY & LIBBY Rx CONSULTING SERVICES | | | | | 3/9/18 | $2,507.50 |
| | | | | | | $6,502.50 |
| | | | | | | |
| LOWE`S BUSINESS ACCOUNT | P.O. Box 530970 | Atlanta | GA | 30353-0970 | 12/22/17 | $2,579.34 |
| LOWE`S BUSINESS ACCOUNT | | | | | 12/29/17 | $3,351.29 |
| LOWE`S BUSINESS ACCOUNT | | | | | 1/5/18 | $196.60 |
| LOWE`S BUSINESS ACCOUNT | | | | | 1/12/18 | $1,047.91 |
| LOWE`S BUSINESS ACCOUNT | | | | | 1/19/18 | $268.96 |
| LOWE`S BUSINESS ACCOUNT | | | | | 1/26/18 | $480.37 |
| LOWE`S BUSINESS ACCOUNT | | | | | 2/2/18 | $641.19 |
| LOWE`S BUSINESS ACCOUNT | | | | | 2/9/18 | $241.83 |
| LOWE`S BUSINESS ACCOUNT | | | | | 2/15/18 | $705.29 |
| LOWE`S BUSINESS ACCOUNT | | | | | 2/22/18 | $1,726.45 |
| LOWE`S BUSINESS ACCOUNT | | | | | 3/1/18 | $193.18 |
| LOWE`S BUSINESS ACCOUNT | | | | | 3/9/18 | $8,372.49 |
| LOWE`S BUSINESS ACCOUNT | | | | | 3/14/18 | $1,145.35 |
| | | | | | | $20,950.25 |
| | | | | | | |
| MARK A BURNS, M.D. | 189 E Austin Ste 105 | New Braunfels | TX | 78130 | 12/22/17 | $3,000.00 |
| MARK A BURNS, M.D. | | | | | 1/12/18 | $3,000.00 |
| MARK A BURNS, M.D. | | | | | 2/15/18 | $3,000.00 |
| MARK A BURNS, M.D. | | | | | 3/13/18 | $3,000.00 |
| | | | | | | $12,000.00 |
| | | | | | | |
| MARTHA DENMAN | 631 Lakeview Blvd | New Braunfels | TX | 78130 | 1/19/18 | $42,977.60 |

| | Address | | | | Dates of payments | Amount paid |
|---|---|---|---|---|---|---|
| MATERA PAPER CO., INC | 835 North W.W. White Rd | San Antonio | TX | 78219 | 12/22/17 | $3,715.03 |
| MATERA PAPER CO., INC | | | | | 1/5/18 | $1,995.71 |
| MATERA PAPER CO., INC | | | | | 1/12/18 | $3,056.85 |
| MATERA PAPER CO., INC | | | | | 1/19/18 | $4,599.68 |
| MATERA PAPER CO., INC | | | | | 2/2/18 | $1,100.00 |
| MATERA PAPER CO., INC | | | | | 2/15/18 | $4,549.15 |
| MATERA PAPER CO., INC | | | | | 2/22/18 | $1,454.69 |
| MATERA PAPER CO., INC | | | | | 3/1/18 | $2,283.55 |
| MATERA PAPER CO., INC | | | | | 3/9/18 | $1,302.71 |
| MATERA PAPER CO., INC | | | | | 3/14/18 | $5,027.66 |
| | | | | | | $29,085.03 |
| | | | | | | |
| McKESSON MEDICAL-SURGICAL | P.O. Box 630693 | Cincinnati | OH | 45263-0693 | 12/22/17 | $4,641.48 |
| McKESSON MEDICAL-SURGICAL | | | | | 12/29/17 | $4,592.60 |
| McKESSON MEDICAL-SURGICAL | | | | | 1/5/18 | $5,046.57 |
| McKESSON MEDICAL-SURGICAL | | | | | 1/12/18 | $9,482.49 |
| McKESSON MEDICAL-SURGICAL | | | | | 1/26/18 | $4,341.38 |
| McKESSON MEDICAL-SURGICAL | | | | | 2/2/18 | $5,180.24 |
| McKESSON MEDICAL-SURGICAL | | | | | 2/9/18 | $15,336.98 |
| McKESSON MEDICAL-SURGICAL | | | | | 2/15/18 | $159.46 |
| McKESSON MEDICAL-SURGICAL | | | | | 2/22/18 | $16.32 |
| McKESSON MEDICAL-SURGICAL | | | | | 3/9/18 | $9,411.14 |
| McKESSON MEDICAL-SURGICAL | | | | | 3/13/18 | $3,837.57 |
| McKESSON MEDICAL-SURGICAL | | | | | 3/14/18 | $5,461.41 |
| | | | | | | $67,507.64 |
| | | | | | | |
| MOBILEXUSA | 2700 Research Dr.  Ste 200 | Plano | TX | 75074 | 1/12/18 | $3,318.98 |
| MOBILEXUSA | | | | | 2/2/18 | $2,387.56 |
| MOBILEXUSA | | | | | 2/22/18 | $210.00 |
| MOBILEXUSA | | | | | 3/1/18 | $2,372.36 |
| | | | | | | $8,288.90 |

| | Address | | | | Dates of payments | Amount paid |
|---|---|---|---|---|---|---|
| MORRISON MGMT SPECIALISTS | 5801 Peachtree Dunwoody Rd | Atlanta | GA | 30342 | 3/1/18 | $135,333.95 |
| MORRISON MGMT SPECIALISTS | | | | | 1/5/18 | $87,074.95 |
| MORRISON MGMT SPECIALISTS | | | | | 1/12/18 | $62,390.00 |
| MORRISON MGMT SPECIALISTS | | | | | 2/9/18 | $139,100.16 |
| | | | | | | $423,899.06 |
| | | | | | | |
| NBU | P.O. Box 310289 | New Braunfels | TX | 78131-0289 | 1/19/18 | $17,271.50 |
| NBU | | | | | 2/9/18 | $17,205.67 |
| NBU | | | | | 3/9/18 | $15,965.28 |
| NBU | | | | | 1/19/18 | $9,298.31 |
| NBU | | | | | 2/9/18 | $10,951.48 |
| NBU | | | | | 3/9/18 | $8,830.44 |
| NBU | | | | | 1/19/18 | $2,072.21 |
| NBU | | | | | 1/19/18 | $8,658.39 |
| NBU | | | | | 2/9/18 | $9,815.63 |
| NBU | | | | | 3/9/18 | $8,549.55 |
| NBU | | | | | 1/4/18 | $5,514.26 |
| NBU | | | | | 2/5/18 | $6,106.94 |
| NBU | | | | | 3/9/18 | $7,321.98 |
| NBU | | | | | 1/19/18 | $49.81 |
| NBU | | | | | 3/9/18 | $47.50 |
| | | | | | | $127,658.95 |
| | | | | | | |
| NEW BRAUNFELS HERALD-ZEITUNG | P.O. Box 311328 | New Braunfels | TX | 78130 | 1/12/18 | $3,647.50 |
| NEW BRAUNFELS HERALD-ZEITUNG | | | | | 2/15/18 | $3,085.63 |
| NEW BRAUNFELS HERALD-ZEITUNG | | | | | 2/22/18 | $3,597.50 |
| NEW BRAUNFELS HERALD-ZEITUNG | | | | | 3/9/18 | $3,317.50 |
| | | | | | | $13,648.13 |
| | | | | | | |
| PROSPERITY BANK | 1205 N. Navarro St. | Victoria | TX | 77901-6022 | 1/5/18 | $5,633.02 |
| PROSPERITY BANK | | | | | 2/12/18 | $5,620.04 |
| PROSPERITY BANK | | | | | 3/9/18 | $5,552.18 |

| | Address | | | | Dates of payments | Amount paid |
|---|---|---|---|---|---|---|
| | | | | | | $16,805.24 |
| R. C. REED & CO., PLLC | 352 Landa St | New Braunfels | tx | 78130 | 12/22/17 | $8,400.00 |
| R. C. REED & CO., PLLC | | | | | 1/5/18 | $6,450.00 |
| R. C. REED & CO., PLLC | | | | | 2/9/18 | $550.00 |
| | | | | | | $15,400.00 |
| RANDEL C TAYLOR, INC. | 518 Cedar Trail | New Braunfels | TX | 78130 | 1/26/18 | $14,475.00 |
| RED GAP COMMUNICATIONS, INC | 504 Main St | Ft. Worth | TX | 76102 | 1/12/18 | $4,817.91 |
| RED GAP COMMUNICATIONS, INC | | | | | 2/15/18 | $4,846.76 |
| RED GAP COMMUNICATIONS, INC | | | | | 2/22/18 | $4,875.61 |
| | | | | | | $14,540.28 |
| REHABCARE, INC | 680 South Fourth St. | Louisville | KY | 40202 | 1/12/18 | $80,000.00 |
| REHABCARE, INC | | | | | 1/19/18 | $79,453.67 |
| REHABCARE, INC | | | | | 2/9/18 | $75,000.00 |
| REHABCARE, INC | | | | | 2/15/18 | $75,729.12 |
| REHABCARE, INC | | | | | 3/9/18 | $153,451.45 |
| | | | | | | $463,634.24 |
| TEXAS CHILLER SYSTEMS, LLC | P. O. Box 792248 | San Antonio | TX | 78279-2248 | 12/29/17 | $1,755.00 |
| TEXAS CHILLER SYSTEMS, LLC | | | | | 1/5/18 | $600.00 |
| TEXAS CHILLER SYSTEMS, LLC | | | | | 1/12/18 | $600.00 |
| TEXAS CHILLER SYSTEMS, LLC | | | | | 2/15/18 | $1,200.00 |
| TEXAS CHILLER SYSTEMS, LLC | | | | | 3/13/18 | $3,085.00 |
| | | | | | | $7,240.00 |
| THYSSENKRUPP ELEVATOR CORP. | P.O. Box 933004 | Atlanta | GA | 31193-3004 | 12/29/17 | $1,097.52 |
| THYSSENKRUPP ELEVATOR CORP. | | | | | 2/2/18 | $659.31 |
| THYSSENKRUPP ELEVATOR CORP. | | | | | 2/15/18 | $8,042.37 |
| THYSSENKRUPP ELEVATOR CORP. | | | | | 2/22/18 | $672.52 |

## Schedule 3

| | Address | | | | Dates of payments | Amount paid |
|---|---|---|---|---|---|---|
| | | | | | | $10,471.72 |
| TX CHILD SUPPORT SDU | P.O. Box 659791 | San Antonio | tx | 78265-9791 | 3/15/18 | $1,591.61 |
| TX CHILD SUPPORT SDU | | | | | 12/21/17 | $1,615.38 |
| TX CHILD SUPPORT SDU | | | | | 1/4/18 | $1,472.30 |
| TX CHILD SUPPORT SDU | | | | | 1/18/18 | $1,746.91 |
| TX CHILD SUPPORT SDU | | | | | 1/25/18 | $102.17 |
| TX CHILD SUPPORT SDU | | | | | 2/1/18 | $1,591.61 |
| TX CHILD SUPPORT SDU | | | | | 3/1/18 | $1,591.61 |
| | | | | | | $9,711.59 |
| UMB BANK,N.A. | 1010 Grand Boulevard | Kansas City | MO | 64106 | 2/22/18 | $10,000.00 |
| UMB BANK,N.A. | | | | | 2/15/18 | $10,000.00 |
| UMB BANK,N.A. | | | | | 12/22/17 | $10,000.00 |
| UMB BANK,N.A. | | | | | 12/29/17 | $10,000.00 |
| UMB BANK,N.A. | | | | | 1/5/18 | $10,000.00 |
| UMB BANK,N.A. | | | | | 1/12/18 | $10,000.00 |
| UMB BANK,N.A. | | | | | 1/19/18 | $10,000.00 |
| UMB BANK,N.A. | | | | | 1/26/18 | $10,000.00 |
| UMB BANK,N.A. | | | | | 3/9/18 | $10,000.00 |
| UMB BANK,N.A. | | | | | 3/1/18 | $10,000.00 |
| UMB BANK,N.A. | | | | | 2/9/18 | $10,000.00 |
| UMB BANK,N.A. | | | | | 2/2/18 | $10,000.00 |
| | | | | | | $120,000.00 |
| UNITED CONCORDIA DENTAL | P.O. Box 827377 | Philadelphia | PA | 19182-7377 | 12/22/17 | $4,030.52 |
| UNITED CONCORDIA DENTAL | | | | | 1/26/18 | $4,375.11 |
| UNITED CONCORDIA DENTAL | | | | | 2/15/18 | $4,332.25 |
| | | | | | | $12,737.88 |

# Schedule 30

| Name | Date | Gross Pay | Net Pay |
|------|------|-----------|---------|
| Laurence Dahl | 3/16/2017 | $5,750.01 | $3,814.86 |
| | 3/30/2017 | $5,750.01 | $3,814.85 |
| | 4/13/2017 | $5,750.01 | $3,814.86 |
| | 4/27/2017 | $5,750.01 | $3,814.85 |
| | 5/11/2017 | $5,750.01 | $3,814.86 |
| | 5/25/2014 | $5,750.01 | $3,814.85 |
| | 6/8/2017 | $5,750.01 | $3,814.86 |
| | 6/22/2017 | $5,750.01 | $3,814.85 |
| | 7/6/2017 | $5,750.01 | $3,814.86 |
| | 7/20/2017 | $5,750.01 | $3,814.85 |
| | 8/3/2017 | $5,750.01 | $3,814.86 |
| | 8/17/2017 | $5,750.01 | $3,814.85 |
| | 8/31/2017 | $5,750.01 | $3,814.86 |
| | 9/14/2017 | $5,750.01 | $3,814.85 |
| | 9/28/2017 | $5,750.01 | $3,814.86 |
| | 10/12/17 | $5,750.01 | $3,814.85 |
| | 10/26/14 | $5,750.01 | $3,814.86 |
| | 11/9/17 | $5,750.01 | $4,127.95 |
| | 11/22/17 | $5,750.01 | $4,071.36 |
| | 12/7/17 | $5,750.00 | $4,071.35 |
| | 12/21/17 | $5,804.15 | $4,159.69 |
| | 1/4/18 | $5,750.00 | $3,814.85 |
| | 1/18/18 | $5,750.00 | $3,818.28 |
| | 2/1/18 | $8,642.68 | $5,658.94 |
| | 2/15/18 | $8,642.68 | $5,901.71 |
| | 3/1/18 | $7,678.45 | $5,235.86 |
| | 3/15/18 | $7,678.45 | $5,235.85 |
| | | $164,946.60 | $110,948.38 |
| | | | |
| Linda Shields | 3/16/2017 | $5,788.12 | $3,599.44 |
| 3/30/ | 3/30/2017 | $5,788.12 | $3,599.45 |
| | 4/13/2017 | $5,788.12 | $3,599.45 |
| | 4/27/2017 | $5,788.12 | $3,599.44 |
| | 5/11/2017 | $5,788.12 | $3,599.45 |
| | 5/25/2014 | $5,788.12 | $3,599.45 |
| | 6/8/2017 | $5,788.12 | $3,599.45 |
| | 6/22/2017 | $5,788.12 | $3,599.44 |
| | 7/6/2017 | $5,788.12 | $3,599.45 |
| | 7/20/2017 | $5,788.12 | $3,599.45 |
| | 8/3/2017 | $5,788.12 | $3,599.44 |
| | 8/17/2017 | $5,788.12 | $3,599.45 |
| | 8/31/2017 | $5,788.12 | $3,599.45 |
| | 9/14/2017 | $5,788.12 | $3,599.44 |
| | 9/28/2017 | $5,788.12 | $3,599.44 |
| | 10/12/17 | $5,788.12 | $3,599.45 |
| | 10/26/14 | $5,788.12 | $3,599.45 |

**Schedule 30**

| Name | Date | Gross Pay | Net Pay |
|------|------|-----------|---------|
| | 11/9/17 | $5,788.12 | $3,788.13 |
| | 11/22/17 | $5,788.12 | $3,951.28 |
| | 12/7/17 | $8,682.18 | $5,751.28 |
| | 12/21/17 | $6,421.10 | $4,303.53 |
| | 1/3/18 | $50.00 | $42.68 |
| | 1/4/18 | $6,077.54 | $3,765.00 |
| | 1/18/18 | $6,077.54 | $3,740.00 |
| | 2/1/18 | $6,077.54 | $3,740.00 |
| | 2/15/18 | $6,077.54 | $3,921.70 |
| | 3/1/18 | $6,077.54 | $3,934.58 |
| | 3/15/18 | $6,077.54 | $3,921.70 |
| | | $161,592.80 | $102,050.47 |