**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**TRIAL ATTORNEY**
**615 E. HOUSTON, RM. 533**
**SAN ANTONIO, TX 78205**
**Telephone: (210) 472-4640**
**Facsimile: (210) 472-4649**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EDEN HOME, INC. | § | CASE NO.  18-50608-CAG |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |

**NOTICE OF APPOINTMENT OF COMMITTEE OF**
**UNSECURED RESIDENT CREDITORS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Pursuant to § 1102(a)(1) and (b)(1) of the Bankruptcy Code, the United States Trustee hereby appoints the following eligible creditors of the above-named debtor to the Committee of Unsecured Resident Creditors in the above captioned case.

1. Joe Bonem
   631 Lakeview, B-101
   New Braunfels, TX 78130
   (830) 237-4015
   Email: joebonem34@gmail.com

2. Phillip Brown
   6 Eden Dr., Apt. D
   New Braunfels, TX 78130
   (830) 302-8945
   Email: brown.phillip54@hotmail.com

3.      Joel Davis
        30 Eden Dr, Apt. E
        New Braunfels. TX 78130
        (830) 865-1608
        Email: joeldavis333@yahoo.com

4.      Donald Howland
        30 Eden Dr., Apt. N
        New Braunfels, TX 78130
        (830) 221-0990
        Email: donhowland@sbcglobal.net

5.      Michael McHale
        631 Lakeview Blvd., Apt. B206
        New Braunfels, TX 78130
        (830) 500-0496
        Email: MMcHale4@aol.com

6.      Margaret V. Mitchell
        631 Lakeview Blvd., Apt. A-101
        New Braunfels, TX 78130
        (830) 620-4539
        Email: mvandjfm@aol.com

7.      Carl Herbert Skoog
        631 Lakeview Blvd., Apt. A-105
        New Braunfels, TX 78130
        (830) 708-4372
        Email: CHerbSkoog@gmail.com

8.      Kenneth A. Treisch
        Represented by Sheridan Haynes through a Power of Attorney
        218 W. Tanglewood Dr.
        New Braunfels, TX 78130
        (830) 660-8040
        Email: sheridanhaynes@att.net

9.      John Christopher Waples
        631 Lakeview Blvd., C-210
        New Braunfels, TX 78130
        (210) 260-1116
        Email: jcwaples@msn.com

Respectfully submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
Region 7
Southern and Western Districts of Texas


By: //s//Kevin M. Epstein
    Kevin M. Epstein
    Trial Attorney
    Texas Bar No. 00790647
    615 E. Houston, Rm. 533
    San Antonio, TX 78205
    (210) 472-4640
    (210) 472-4649 Fax
    E-mail: Kevin.M.Epstein@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Committee of Unsecured Resident Creditors has been served upon each member of the committee of unsecured resident creditors by email at the addresses listed above and on all the parties on the Limited Service List either electronically through the Court's CM/ECF system or by first class mail or email on this the 30th day of May, 2018.

/s/ Kevin M. Epstein
Kevin M. Epstein
Trial Attorney

## Eden Home, Inc. – 18-50608-cag-11

## Limited Service List

**Debtor:**
Eden Home, Inc.
631 Lakeview Blvd.
New Braunfels, TX  78130
**Via Mail**

**Attorney for Debtor**
Mark E. Andrews
Aaron M. Kaufman
Andrew Sherwood
Jesse T. Moore
Jane Gerber
Dykema Cox Smith
1717 Main St., #4200
Dallas, TX  75201
**ECF**: mandrews@dykema.com
**ECF**: akaufman@dykema.com
**ECF**: ASherwood@dykema.com
**ECF**: jgerber@dykema.com
**ECF**: jmoore@dykema.com

**Patient Care Ombudsman**
Susan N. Goodman
Mesch, Clark & Rothschild, P.C.
259 N. Meyer Ave.
Tucson, AZ  85701-1090
**Email:**  sgoodman@mcrazlaw.com

### SECURED CREDITORS

UMB Bank, N.A., as Bond Trustee
Attn: Michael Slade
120 Sixth Street South, #1400
Minneapolis, MN  55402
**Via Mail**

**Attorney for Bond Trustee**
Kevin J. Walsh
Colleen Murphy
Mintz, Levin, Cohn, Ferris, Glovsky and
Popeo, P.C.
One Financial Center
Boston, MA  02111
**Via Email:** KJWalsh@mintz.com
CAMurphy@mintz.com

Prosperity Bank
Attn: Linc Lutrick
1301 North Mechanic St.
El Campo, TX  77437
**Email:** elcampo@prosperitybankusa.com

### REGULATORY AGENCIES

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346
**Via Mail**

United States Department of Health &
Human Services
7500 Security Blvd.
Baltimore, MD  21244
**Via Mail**

Texas Department of Health & Human
Services
1100 West 49th St.
Austin, TX  78714-9347
**Via Mail**

Red River Health Facilities Development
Corporation
c/o City of Windthorst
P.O. Box 128
Windthorst, TX  76389
**Via Mail**

Red River Health Facilities
Development Corporation
c/o McCall, Parkhurst & Horton, L.L.P.
717 N. Harwood, #900
Dallas, TX  75201
**Via Mail**

Centers for Medicare and Medicaid
Services
James Bailey, Medicare Pharmaceutical and
Technology Ombudsman
**Via Email:**
PharmTechOmbud@cms.hhs.gov

## TOP 20 UNSECURED CREDITORS

American Express
P.O. Box 650448
Dallas, TX 75265
**Via Mail**

Bestcare Laboratory Service, Inc.
202 North Texas Ave., #100
Webster, TX 77598
**Via Mail**

Mark A. Burns, M.D.
189 E. Austin, #105
New Braunfels, TX 78130
**Via Mail**

Council for Health & Human Services
700 Prospect Ave.
Cleveland, OH 44115
**Via Mail**

Cure Healthcare Staffing
7000 North Mopac, #2101
Austin, 78231
**Via Mail**

DME Synergistic Systems
16302 Pleasantville Rd., #209
San Antonio, TX 78233
**Via Mail**

Digital Media, LLC
782 Clinton Ave.
Bridgeport, CT 06604
**Via Mail**

GK Dental, PA
7612 W. highway 71, Suite B
Austin, TX 78735
**Via Mail**

Hilltop Pharmacy
631 Lakeview Blvd.
New Braunfels, TX 78130
**Via Mail**

International Bronze Plaque Co.
17031 Alico Commerce Ct., #3
Fort Myers, FL 33967
**Via Mail**

Invictus HealthCare Solutions
P.O. Box 312491
New Braunfels, TX 78131
**Via Mail**

Leading Age of Texas
2205 Hancock Dr.
Austin, TX 78756
**Via Mail**

Lowe's Business Account
P.O. Box 530970
Atlanta, GA 30353-0970
**Via Mail**

Matera Paper Co., Inc.
835 North W.W. White Rd.
San Antonio, TX 78219
**Via Mail**

McKession Medical-Surgical
P.O. Box 630693
Cincinnati, OH 45263-0693
**Via Mail**

Morrison Management Specialists
5801 Peachtree Dunwoody Rd.
Atlanta, GA 30342
**MAIL RETURNED -
UNDELIVERABLE**

NeighborCare Pharmacy Services, Inc.
d/b/a Omnicare San Antonio
12460 Network, #101
San Antonio, TX 78249
**Via Mail**

Rehabcare, Inc.
680 S. Fourth St.
Louisville, KY 40202
**Via Mail**

Studiosix5
811 Barton Springs Rd., #800
Austin, TX 78704
**Via Mail**

Texas Chiller Systems
9807 McCullough Ave.
San Antonio, TX 78216
**Via Mail**

## LITIGANTS

Zurich American Insurance Company
c/o Frank Kennedy
Tollefson Bradley Mitchell & Melendi,
LLP2811 McKinney, #250
Dallas, TX 75204
**Via Email:** frankk@tbmmlaw.com

AFS San Antonio
c/o Murphy Klasing
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza, #1400
Houston, TX 77046
**Via Email:** mklasing@wkpz.com

Airco Mechanical, Ltd.
c/o Michael D. Matthews, Jr.
Coleman B. Conkling
Edison, McDowell & Hetherington, LLP
1001 Fannin St., #2700
Houston, TX 77002
**Via Email:** matt.matthews@emhllp.com
Cole.conkling@emhllp.com

SouthStar Fire Protection Company

Stucco USA, Inc.
c/o T. Mark Rogstad

Darby Industries, Ltd.

d/b/a Northstar Fire Protection of Texas, Inc.
c/o Tori S. Levine
Audra M. Dean
Wilson Elser Moskowitz Edelman & Dicker, LLP
901 Main St., #4800
Dallas, TX 78502
**Via Email:** tori.levine@wilsonelser.com
Audra.dean@wilsonelser.com

Wright & Greenhill, P.C.
900 Congress Ave., #500
Austin TX 78701
**Via Email:** mrogstad@w-g.com

d/b/a Servpro of San Marcos/New Braunfels; Scott-Hart, Inc. d/b/a ServPro of Northeast San Antonio
c/o Paul Garcia
Paul Garcia & Associates
1901 N.W. Military Hwy. #218
San Antonio, TX 78213
**Via Email:** pgarcia@pgtxlaw.com

Parkhill Plastering, LLC
c/o Richard W. Espey
Matthew Soliday
Espey & Associates. PC
13750 San Pedro Ave., #730
San Antonio, TX 78232
**Via Email:** respey@lawespey.com
msoliday@lawespey.com

Three Architecture, Inc.
a/k/a ThreeArch, LLC
c/o Gregory N. Ziegler
Rebecca Alcantar
Katherine Valent
MacDonald Devin, P.C.
1201 Elm St., #3800
Dallas, TX 75270-2130
**Via Email:**
gziegler@macdonalddevin.com
ralcantar@macdonalddevin.com
kvalent@macdonalddevin.com

Lockton Company, LLC
Kansas City Series of Lockton Companies, LLC
c/o Richard J. Reynolds, III
Shavonne L. Smith
Thornton, Biechlin, Reynolds & Guerra, L.C.
100 N.E. Loop 410, #500
San Antonio, TX 78216-4741
**Via Email:** rreynolds@thorntonfirm.com
ssmith@thorntonfirm.com

Murray & Associates, Inc.
c/o Matthew B. Cano
Benjamin, Vana, Martinez & Biggs, LLP
950 Westbank Dr., #205
Austin, TX 78746
**Via Email:** mcano@benlawsa.com

Pinpoint Strategies
c/o Paul D. Huckabay
Adami, Shuffield, Scheihing & Burns, P.C.
SWBC Tower
9311 San Pedro, #900
San Antonio, TX 78216
**Via Email:** phuckabay@adamilaw.com

Advanced Concrete Surfaces, LLC
c/o Nga Tran
Garrin Fant
Donna McElhone
Cutler – Smith, P.C.
Park Central 7
12750 Merit Dr., #1450
Dallas, TX 75251
**Via Email:** ntran@cutler-smith.com
gfant@cutler-smith.com
dmcelhone@cutler-smith.com

J.E. Dunn Construction Company
c/o Marc A. Young
Shelly D. Masters
Natalya Sheddan
Cokinos Young
Las Cimas IV
900 S. Capital of Texas Hwy., #425
Austin, TX 78746
**Via Email:** myoung@cokinoslaw.com
smasters@cokinoslaw.com
nsheddan@cokinoslaw.com

Marc E. Gravely
Gravely & Pearson, L.L.P.
425 Soledad, 6th Fl.
San Antonio, TX 78205
**Via Email:** mgravely@gplawfirm.com
mgavito@gplawfirm.com

## NOTICES OF APPEARANCE

PRA Receivables Management, LLC
No address or contact information
provided

**Airco Mechanical, Ltd.**
c/o Megan N. Young
McDowell Hetherington LLP
1001 Fannin St., #2700
Houston, TX  77002
**Via ECF:** megan.young@mhllp.com

**Comal County**
c/o Tara DeDay
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX  78680
**Via ECF:** tleday@mvbalaw.com

**DoubleRadius, Inc. d/b/a Inviacom**
c/o J. Mark Chevallier
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, #1800
Dallas, TX  75201
**Via ECF:** mchevallier@mcslaw.com

**J.E. Dunn Construction Company**
c/o Craig E. Power
Misty A. Segura
Cokinos Young
1221 Lamar St., 16th Fl.
Houston, TX  77010
**Via ECF:** cpower@cokinoslaw.com
msegura@cokinoslaw.com

**Office of the Attorney General**
c/o Hal F. Morris
Charlie Shelton
Bankruptcy Regulatory Section
300 West 15th St.
Austin, TX  78701
**Via Email:** hal.morris@oag.texas.gov
Charlie.shelton@oag.texas.gov

**RehabCare Group East, Inc. d/b/a
RehabCare**
c/o Wendy D. Brewer
Fultz Maddox Dickens
333 N. Alabama St., #350
Indianapolis, IN  46204
**Via ECF:** wbrewer@fmdlegal.com