# EXHIBIT "B"

# EXHIBIT B

## SCHEDULE OF ORDINARY COURSE PROFESSIONALS

| Name | Address | Service |
|---|---|---|
| Cory Macdonald at Macdonald Resnevic, PLLC | 1717 W. 6th Street<br>Suite 355<br>Austin, Texas 78703 | Counsel for Debtor's Regulatory Compliance |
| Best & Spruill, P.C. | 6805 N. Capital of Texas<br>Suite 330<br>Austin, Texas 78731 | Counsel for Debtor before the Texas Health & Human Services Commission Administrator's Credentialing Unit |

4850-0757-2592.1
723813\000005