Form 210A (10/06)

# United States Bankruptcy Court
# Western District Of Texas (San Antonio)

In re: Eden Home, Inc.,
Case No. 18-50608-cag

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**Fair Harbor Capital, LLC**
   As assignee of Southern Cross Ambulance

Name of Transferor:
**Southern Cross Ambulance**

Name and Address where notices to transferee should be sent:

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
PO Box 237037
New York, NY  10023

Court Claim # (if known): none
Amount of Claim: $819.58
Date Claim Filed:

Name and Address of Transferor:

Southern Cross Ambulance
PO Box 311295
New Braunfels, TX  78131

Phone:   212 967 4035
Last Four Digits of Acct #:   n/a

Phone:
Last Four Digits of Acct. #:   n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:   n/a
Last Four Digits of Acct #:   n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/*Fredric Glass*   Date:   June 27, 2019
   Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Western District Of Texas (San Antonio)

In re:  Eden Home, Inc.,
Case No.  18-50608-cag

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No.  none (if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on June 27, 2019.

Name of Transferee:
  **Fair Harbor Capital, LLC**
**as** assignee of Southern Cross Ambulance

Name of Alleged Transferor:
  **Southern Cross Ambulance**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Name and Address of Alleged Transferor:

Southern Cross Ambulance
PO Box 311295
New Braunfels, TX  78131

---

### ~DEADLINE TO OBJECT TO TRANSFER~

---

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                              _____
                                                                                                         Clerk of the Court

Notice of Transfer and Waiver of Notice

SOUTHERN CROSS AMBULANCE ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023 ("Purchaser") its successors and assigns (the "Purchaser") pursuant to Each Purchase Agreement between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against Eden Home, Inc. or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than $819.58, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, Western District of Texas (San Antonio), Case No 18-50608-cag. Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

In Witness Whereof, SOUTHERN CROSS AMBULANCE (Seller) has signed below as of 18 June 19 (date).

SOUTHERN CROSS AMBULANCE ("Seller")
PO BOX 311295
NEW BRAUNFELS, TX 78131-1295

Print Name: Chris McDonald Billing Mgr
Signature: McDonald Date: 18 June 19
Phone: _____
Email: _____
Updated Address (If Changed): _____

Fair Harbor Capital, LLC ("Purchaser")
130 West 57th Street, 5th Floor
New York, NY 10019

Signature: _____
Fred Glass, Member Fair Harbor Capital, LLC
Victor Knox